ANDRZEJ BOROWIEC

Plaintiff )
)
v. )
)
)
Defendant )

**United States District Court**
**Northern District of Illinois**

**1:22-CV-3880**
**Judge Thomas M. Durkin**
**Magistrate Judge Maria Valdez**
**Random Assignment**

CHICAGO POLICE **COMPLAINT**
5555 W. GRAND AVE
CHICAGO, ILLINOIS
STAR NR:
05516 CPD/023

# RECEIVED

JUL 27 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I WAS ON MY WAY HOME FROM WORK AND NEXT DOOR WHERE I LIVE 3925 W. WELLINGTON CHICAGO, IL 60618 I WAS BRUTALITY ATTACK FROM 20 POLICE OFFICERS CHICAGO AND I WAS TAISERD ELECTRIC 3 TIMES IN THE BACK AND I LOST A CONCIEST FOR A MOMENT AND I HIT THE HEAD ON THE GRAND BLINING FOR NO REASON, I PARK MY A CAR ON THE STREET WHERE I LIVE MITSUBISHI MIRAGE BP 55639 AND I TOOK MY A TOOLS HOME. I OWN REMODECING COMP. AGT REMODELIN G, CO. MY A CAR WAS IMPOUNDMENT WITH MY A TOOLS. I WENT TO THE HOSPITAL IN COOK COUNTY WITH A CHEAST PAIN, BACK PAIN AND HEAD PAIN.